

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jeremy McDill, Appellant

No. 06-24-00105-CR     v.

The State of Texas, Appellee

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. CR19288). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment by deleting "**2 YEARS CONFINEMENT STATE JAIL**" from the "Terms of Plea Bargain." As modified, we affirm the judgment of the trial court.

We note that the appellant, Jeremy McDill, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 29, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk